UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                   :

THE POLICE AND FIRE RETIREMENT : 
SYSTEM OF THE CITY OF DETROIT, :
Individually and on Behalf of All Others :
Similarly Situated,                  :    Case No. 10-CV-4429 (MGC)
                                 :
               Plaintiff,                :
                                 :
vs.                                :    **PLAINTIFF'S NOTICE OF MOTION**
                                 :    **TO AMEND THE SECOND**
GOLDMAN, SACHS & CO.,       :    **AMENDED COMPLAINT**
GOLDMAN SACHS MORTGAGE   :
COMPANY, GS MORTGAGE      :
SECURITIES CORP., DANIEL L.    :
SPARKS, MICHELLE GILL, and KEVIN :
GASVODA,                         :
                                 :
               Defendants.            :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated December 26, 2012, and the accompanying declaration of Michael Liskow, dated December 26, 2012, with attached exhibits, plaintiff The Police and Fire System of the City of Detroit will move this Court, before the Honorable Judge Miriam Goldman Cedarbaum, on January 24, 2013 at 10:00 a.m., or at such time as the Court may order, in Courtroom 14A of the United States Courthouse at 500 Pearl Street, New York, New York 10007, for an Order granting Plaintiff leave to amend the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

        In accordance with this Court's individual court rules, Plaintiff's motion has been fully briefed and served upon the Defendants with this Notice, Defendants' opposition papers are due on or before January 16, 2013, and Plaintiff's reply papers are due on or before January 22, 2013.  Oral argument is requested.

Dated:   December 26, 2012
         New York, New York

Respectfully Submitted,

*[signature]*

Lawrence P. Kolker
Michael Liskow
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Joseph C. Kohn
Denis F. Sheils
William E. Hoese
Barbara L. Moyer
KOHN, SWIFT & GRAF, PC
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-17000

*Attorneys for Plaintiff The Police and Fire Retirement System of the City of Detroit*