USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NECA-IBEW HEALTH & WELFARE FUND, :
Individually and On Behalf of All :
Others Similarly Situated, :
                                    :    08-cv-10783-LAP
               Plaintiff, :
                                    :    CLASS ACTION
        - v. - :

GOLDMAN, SACHS & CO., et al., :

              Defendants. :
                                    :
------------------------------------X
POLICE AND FIRE RETIREMENT SYSTEM :
OF THE CITY OF DETROIT, :
Individually and On Behalf of All :
Others Similarly Situated, :
                                    :
               Plaintiff, :    10-cv-4429-LAP
                                    :
        - v. - :    CLASS ACTION

GOLDMAN, SACHS & CO., et al., :

              Defendants. :
                                    :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    In counsel's application for attorney's fees, counsel shall group hours by lawyer, by month, by activity (factual research, legal research, pleadings, drafting memoranda of law, discovery, court appearances, settlement) with monthly totals by lawyer and by activity.

SO ORDERED.

Dated:    New York, New York
           December 30, 2015

                                        */s/ Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Chief United States District Judge