UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
NECA-IBEW HEALTH & WELFARE FUND,     :
Individually and On Behalf of All    :
Others Similarly Situated            :
                                     :
              Plaintiff,             :   08-cv-10783 (LAP)
                                     :
     -against-                       :   CLASS ACTION
                                     :
GOLDMAN, SACHS & CO., et al.,        :
                                     :
              Defendants.            :
-----------------------------------x
POLICE AND FIRE RETIREMENT SYSTEM    :
OF THE CITY OF DETROIT, Individually :
and On Behalf of All Others          :
Similarly Situated                   :
                                     :
              Plaintiff,             :   10-cv-4429 (LAP)
                                     :
     -against-                       :   CLASS ACTION
                                     :
GOLDMAN, SACHS & CO., et al.,        :
                                     :
              Defendants.            :
-----------------------------------x
```

LORETTA A. PRESKA, Chief U.S.D.J.:

The settlement hearing scheduled for April 13, 2016 at

10:00 AM [dkt. no. 220] will be before the Honorable Loretta A.

Preska in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:     New York, New York
           January 6, 2016

                                   _____
                                   LORETTA A. PRESKA
                                   Chief United States District Judge