UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
NECA-IBEW HEALTH & WELFARE FUND, : Civil Action No. 1:08-cv-10783-LAP
Individually and On Behalf of All Others :
Similarly Situated, : "ECF Case"
:
            Plaintiff, : CLASS ACTION
:
    vs. :
:
GOLDMAN, SACHS & CO., et al., :
:
            Defendants. :
---------------------------------------- x
POLICE AND FIRE RETIREMENT SYSTEM : Civil Action No. 10 Civ. 4429-LAP
OF THE CITY OF DETROIT, Individually :
and On Behalf of All Others Similarly Situated, : "ECF Case"
:
            Plaintiff, : CLASS ACTION
:
    vs. :
:
GOLDMAN, SACHS & CO., et al., :
:
            Defendants. :
---------------------------------------- x

ORDER APPROVING PLAN OF ALLOCATION



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-16

1128133_1

This matter came for hearing on April 13, 2016 (the "Final Approval Hearing"), on Plaintiffs' motion to determine, among other things, whether the proposed plan of allocation of the Net Settlement Fund (the "Plan of Allocation") created by the Settlement achieved in the above-captioned securities class actions (the "Actions") should be approved.

The Court, having considered all matters submitted to it at and prior to the Final Approval Hearing and otherwise; and it appearing that notice of the Final Approval Hearing, substantially in the form approved by the Court, was mailed to all Settlement Class Members or their nominees who or which could be identified with reasonable effort, and that a summary notice of the hearing, substantially in the form approved by the Court, was published in *Investor's Business Daily* and transmitted over the *PR Newswire* pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation:

IT IS HEREBY ORDERED THAT:

1. This Order approving the proposed Plan of Allocation incorporates by reference the definitions in the Stipulation and Agreement of Settlement (Dkt. No. 216, the "Stipulation") and all terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation, and over the subject matter of the Actions and all parties to the Actions, including all Settlement Class Members.

3. Notice of Plaintiffs' motion for approval of the proposed Plan of Allocation was given to all Settlement Class Members or their nominees who or which could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for approval of the proposed Plan of Allocation satisfied the requirements of due process, Rule 23 of the Federal Rules of Civil Procedure, and §27 of the Securities Act of 1933, 15 U.S.C. §77z-1(a)(7), as amended

1128133_1

by the Private Securities Litigation Reform Act of 1995, and constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all Persons entitled thereto.

4. Over 30,500 copies of the Notice, which included as an appendix the proposed Plan of Allocation, were mailed to potential Settlement Class Members or their nominees and there are no objections to the proposed Plan of Allocation.

5. The Court hereby finds and concludes that the formula for the calculation of the claims of Claimants as set forth in the Plan of Allocation mailed to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among Settlement Class Members with due consideration having been given to administrative convenience and necessity.

6. The Court hereby finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Settlement Class. Accordingly, the Court hereby approves the Plan of Allocation proposed by Plaintiffs.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.

IT IS SO ORDERED.

DATED: May 2, 2016

_____
THE HONORABLE LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1128133_1